IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:  1:08cr34-SPM
  1:08cr36-SPM

PAUL SHEMET
_____/

## ORDER

The clerk shall reassign these cases to the Honorable Maurice M. Paul, Senior United States District Judge.

SO ORDERED this 6th day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge